IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )       8:10CR189
                                )
      v.                        )
                                )
ARMANDO OLMEDO-GARCIA,          )       ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on defendant's motion to reconsider order denying revocation of detention hearing (Filing No. 37).  Having reviewed the Audio File (Filing No. 14), the Court finds defendant waived detention hearing at his first appearance before the Magistrate Judge without prejudice.  Therefore, defendant's motion for a detention hearing will be remanded to United States Magistrate Judge Thomas D. Thalken for further consideration.  Accordingly,

IT IS ORDERED that pursuant to 28 U.S.C. § 636, defendant's motion to reconsider request for review of detention is granted, and defendant's motion for a detention hearing is referred to Magistrate Judge Thalken.

DATED this 21st day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court